UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM EVANS,<br>JOHN SNIPES,<br>DAVID WALTON,<br>JEFFREY OWENS,<br><br>            Plaintiffs,<br><br>     vs.<br><br>LINCOLN APARTMENTS, LLC,<br>MEDALLION MANAGEMENT, INC.,<br>PHILIP A HEINZ in his official and individual capacities,<br><br>            Defendants. | No. 1:16-cv-00060-SEB-TAB |

**ORDER ON NOVEMBER 8, 2016, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel November 8, 2016, for a settlement conference. Plaintiffs agreed to dismiss Defendant Lincoln Apartments with prejudice. Plaintiffs settled with the remaining Defendants. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. The parties shall file a stipulation of dismissal within 28 days.

   Date:  11/14/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email