THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM EVANS, JOHN SNIPES, DAVID WALTON AND JEFFREY OWENS, <br><br> Plaintiffs, <br><br> vs. <br><br> LINCOLN APARTMENTS, LLC, MEDALLION MANAGEMENT, INC. AND PHILIP HEINZ (in his official and individual capacities), <br><br> Defendants. | Case No.: 1:16-cv-60-SEB-TAB |

## **STIPULATION OF DISMISSAL**

Come now the Plaintiffs, by counsel, and the Defendant, Lincoln Apartments, LLC, by counsel, and hereby stipulate that the above-entitled cause of action be dismissed, with prejudice, against Defendant Lincoln Apartments, LLC only, costs paid.

Dated this 5th day of December, 2016.

| | |
|---|---|
| */s/Alexandra M. Curlin* | */s/Robert M. Kelso* |
| Alexandra M. Curlin, #24841-49 | Robert M. Kelso, #5441-49 |
| Robin C. Clay, #22734-49 | Bianca V. Black, # 33701-53 |
| CURLIN & CLAY LAW | KIGHTLINGER & GRAY, LLP |
| 8555 Cedar Place Drive, Suite 112 | One Indiana Square, Suite 300 |
| Indianapolis, IN 46240 | 211 N. Pennsylvania Street |
| Ph: (317) 202-0301 | Indianapolis, IN 46204 |
| amcurlin@curlinclaylaw.com | Ph: (317) 638-4521 |
| rclay@curlinclaylaw.com | rkelso@k-glaw.com |
| *Attorneys for Plaintiffs* | bblack@k-glaw.com |
| | *Attorneys for Defendant, Lincoln Apartments, LLC* |