THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM EVANS, JOHN SNIPES, DAVID WALTON AND JEFFREY OWENS,<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN APARTMENTS, LLC, MEDALLION MANAGEMENT, INC. AND PHILIP HEINZ (in his official and individual capacities),<br><br>Defendants. | Case No.: 1:16-cv-60-SEB-TAB |

## ORDER OF DISMISSAL

Upon the parties' Stipulation of Dismissal of this action, it is ordered that the above-entitled cause be dismissed, with prejudice, against Defendant, Lincoln Apartments, LLC, only, costs paid.

SO ORDERED, this _____ day of _____, 2016.

_____
Judge, United States District Court
Southern District, Indianapolis Division

Distribution:
Alexandra M. Curlin
Robin C. Clay
Robert M. Kelso
Bianca V. Black
Lindsay I. Ignasiak
Andrew J. Dorman
Rafael McLaughlin