# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

WILLIAM EVANS, JOHN SNIPES, )
DAVID WALTON, and JEFFREY OWENS, )
 )
  Plaintiffs, ) Civil Action No: 1:16-cv-00060-SEB-TAB
 )
  vs. )
 )
LINCOLN APARTMENTS, LLC, MEDALLION )
MANAGEMENT, INC., and PHILIP HEINZ, )
 )
  Defendants. )

## STIPULATION OF DISMISSAL

Come now the Plaintiffs, by counsel, and Defendants Medallion Management, Inc. and Philip Heinz, by counsel, and hereby stipulate that the above-entitled cause of action be dismissed with prejudice, against Defendants Medallion Management, Inc. and Philip Heinz, pursuant to the terms of a written release, with each party to bear their own costs.

Dated this 6th day of December, 2016:


/s/ Robin C. Clay
Robin C. Clay
Alexandra M. Curlin
CURLIN & CLAY LAW
8510 Evergreen Avenue, Suite 200
Indianapolis, IN 46240
**Counsel for Plaintiffs**

/s/ Lyndsay I. Ignasiak
Lyndsay I. Ignasiak
Andrew J. Dorman
Rafael P. McLaughlin
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
**Counsel for Defendants Medallion Management, Inc. and Philip Heinz**

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2016, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing to all parties.

Alexandra M. Curlin
Robin C. Clay
CURLIN & CLAY LAW
8510 Evergreen Avenue, Suite 200
Indianapolis, IN 46240
amcurlin@curlinclaylaw.com
rclay@curlinclaylaw.com
*Counsel for Plaintiff David Walton, Jeffrey Owens, John Snipes, Williams Evans*

Robert M. Kelso
Bianca V. Black
KIGHTLINGER & GRAY, LLP
On Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
rkelso@k-glaw.com
bblack@k-glaw.com
*Counsel for Defendant Lincoln Apartments, LLC*


                                        */s/ Lyndsay I. Ignasiak*
                                        Lyndsay I. Ignasiak
                                        REMINGER CO., L.P.A.