UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM EVANS, JOHN SNIPES, DAVID WALTON, and JEFFREY OWENS, <br><br> Plaintiffs, <br><br> vs. <br><br> LINCOLN APARTMENTS, LLC, MEDALLION MANAGEMENT, INC., and PHILIP HEINZ, <br><br> Defendants. | 1:16-cv-00060-SEB-TAB |

## ORDER OF DISMISSAL

Upon the parties' Stipulation of Dismissal of this action, it is ordered that the above-entitled cause be dismissed, with prejudice, against Defendants Medallion Management, Inc. and Philip Heinz, each party to bear their own costs.

IT IS SO ORDERED.

Date: 12/12/2016

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.